EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| In re: <br><br><br> Laura A. Dahdah de Surillo | 2024 TSPR 12 <br><br> 213 DPR ___ |

Número del Caso:  TS-8,641


Fecha:  15 de febrero de 2024


Abogada de la parte peticionaria:

     Por derecho propio


Oficina de Inspección de Notarías:

     Lcdo. Manuel E. Ávila De Jesús
     Director


Materia:  Reinstalación al ejercicio de la notaría.


Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

**EN EL TRIBUNAL SUPREMO DE PUERTO RICO**

In re:

Laura A. Dahdah de Surillo

TS-8,641

**RESOLUCIÓN**

En San Juan, Puerto Rico, a 15 de febrero de 2024.

Examinada la *Moción en cumplimiento de orden y solicitando reinstalación a la notaría*, se ordena la reinstalación de la Lcda. Laura A. Dahdah de Surillo al ejercicio del notariado.

Se aprueba la fianza otorgada por *Universal Insurance Company,* vigente desde el 17 de enero de 2024, para garantizar las funciones notariales de la peticionaria. Remítase la fianza notarial al Secretario de Hacienda de Puerto Rico para que se archive en su oficina a los fines dispuestos en el Art. 11 de la Ley Núm. 230 de 24 de julio de 1974 (3 LPRA sec. 283 j) y copia certificada de esta Resolución a este funcionario y al Secretario de Estado de Puerto Rico para su conocimiento. Únase, además, copia de la fianza al expediente personal de la peticionaria. Se ordena a la parte peticionaria que recoja su obra notarial en el Archivo Notarial del Distrito correspondiente.

Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.

Javier O. Sepúlveda Rodríguez
Secretario del Tribunal Supremo